IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAYLOR MADISON; and ANGIE DICKSON, <br><br> Plaintiffs, <br><br> v. <br><br> ADT, LLC d/b/a ADT SECURITY SERVICES, INC. and TELESFORO AVILES, <br><br> Defendants. | CAUSE NO. 3:20-CV-02516-B <br><br> (Upon removal from the 191st Judicial District Court, Dallas County, Texas, Cause No. DC-20-06783) <br><br> (JURY) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Taylor Madison and Angie Dickson; and Defendants ADT LLC d/b/a ADT Security Services, Inc. and Telesforo Aviles, hereby stipulate to the dismissal <u>with prejudice</u> of this lawsuit against all named parties and all claims filed herein, with each party to bear its own costs and fees.

Respectfully submitted this _____ day of _____ 2022.

By: */s/ Gregory F. Cox*
Gregory F. Cox
Texas Bar No. 00793561
gfcox@mostynlaw.com
Michael A. Downey
Texas Bar No. 24087445
madowney@mostynlaw.com
MOSTYN LAW
3810 West Alabama Street
Houston, Texas 77027
Telephone (713) 714-0000
gfcdocketefile@mostynlaw.com

***Attorneys for Plaintiffs***
***Taylor Madison; and Angie Dickson***

By: */s/ Brian Rawson by permission*
Brian Rawson
Texas Bar No. 24041754
brawson@hartlinebarger.com
Roy McKay
Texas Bar No 24071171
rmckay@hartlinebarger.com
Holly Naehritz
Texas Bar No. No. 24083700
hnaehritz@hartlinebarger.com
HARTLINE BARGER LLP
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
(214) 369-2100

| | |
|---|---|
| By: */s/ Tom Pappas by permission*<br>Tom Pappas<br>Texas Bar No. 15455300<br>tpappas@bp-g.com<br>BURLESON, PATE & GIBSON, L.L.P.<br>900 Jackson Street, Suite 330<br>Dallas, TX 75202<br>(214) 871-4900<br><br>***Attorneys for Defendant***<br>***Telesforo Aviles*** | Benjamin Walther<br>Texas Bar No. 24084000<br>bwalther@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002-2926<br>(713) 227-8008<br><br>Charles C. Eblen (*Admitted Pro Hac Vice*)<br>Missouri Bar No. 55166<br>ceblen@shb.com<br>Jason R. Scott (*Admitted Pro Hac Vice*)<br>Missouri Bar No. 61200<br>jscott@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>(816) 474-6550<br><br>***Attorneys for Defendant ADT LLC d/b/a***<br>***ADT Security Services, Inc.*** |